IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DUSTIN SURI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SDI PRESENCE, LLC )<br>)<br>)<br>Defendants. ) | Case. No. 22-6101<br><br>**JURY DEMANDED** |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES, Plaintiff, DUSTIN SURI, by and through his undersigned counsel, Navarrio Wilkerson, Esq., DISPARTI LAW GROUP, P.A., and moves this Honorable Court for leave to withdraw the undersigned and Disparti Law Group, P.A.., as counsel for Plaintff in the above-captioned cause as follows:

1. Due to a breakdown in the attorney-client relationship, the undersigned and Disparti Law Group, P.A., accordingly, seeks leave to withdraw as counsel for Plaintiff.
2. Plaintiff's counsel has timely filed his Complaint.
3. Service of the Defendant was executed and filed with this Court.
4. On December 5, 2022, Defendant filed an Answer and Affirmative Defense.
5. Plaintiff is currently searching for new counsel.
6. This Honorable Court has set an initial telephonic status for January 5, 2022.

## **CONCLUSION**

For the foregoing reasons, NaVarrio D. Wilkerson and DISPARTI LAW GROUP, P.A., respectfully request that this Honorable Court grant this Motion and order withdrawn NaVarrio D. Wilkerson and DISPARTI LAW GROUP, P.A., as counsel for Plaintiff in this cause.

Electronically Served: December 15, 2022

                                                Respectfully submitted,

                                                */s/NaVarrio Wilkerson*
                                                _____

NaVarrio D. Wilkerson
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 336
Email: navarrio@dispartilaw.com

06/12/15

# United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 22CV06101

**Case Title**: Dustin Suri v. SDI Presence, LLC

**Judge**: Charles Kocaras

**Name of Attorney submitting the motion to withdraw**:
NaVarrio Wilkerson / Disparti Law Group, P.A.

**Name of Client**:
Dustin Suri

**Mailing address of Client**: 637 East Woodland Park Avenue, #312

**City**: Chicago   **State**: Illinois

**Zip**: 60616   **Telephone Number**: 646-407-6044

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: /s/ NaVarrio D. Wilkerson

**Date**: 12/15/22